# SUMMONS
## *(CITACIÓN JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**SUM-130**

| FOR COURT USE ONLY |
|---|
| *(SOLO PARA USO DE LA CORTE)* |

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**03/02/2022** at 10:35:53 AM

Clerk of the Superior Court
By Jose Hernandez, Deputy Clerk

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

Ismael Rodriguez and Does 1 through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Nikhil Jindal

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.

A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (*www.lawhelpca.org*), the California Courts Online Self-Help Center (*www.courts.ca.gov/selfhelp*), or by contacting your local court or county bar association.

**FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante.*

*Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local.*

*EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Superior Court of California, County of San Diego
   330 W. Broadway, Rm. 225, San Diego, CA 92101

| CASE NUMBER *(número del caso):* |
|---|
| 37-2022-00008112-CL-UD-CTL |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Mark Domeyer SBN: 135008
   301 E. Ocean Boulevard, Suite 1720, Long Beach, CA, 90802

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. September 1, 2019]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
*www.courts.ca.gov*

22-01888CA

**SUM-130**

| PLAINTIFF *(Name)*: Nikhil Jindal | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name)*: Ismael Rodriguez | 37-2022-00008112-CL-UD-CTL |

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** [ x ] did **not** [ ] did
for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

4. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a.  Assistant's name:

   b.  Telephone no.:

   c.  Street address, city, and zip:

   d.  County of registration:

   e.  Registration no.:

   f.  Registration expires on *(date)* :

Date:
*(Fecha)*  03/03/2022

Clerk, by  *J. Hernandez*  , Deputy
*(Secretario)*                *(Adjunto)*
J. Hernandez

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons (form POS-010).)*

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant.
   d. [ ] on behalf of *(specify)*:
      under: [ ] CCP 416.10 (corporation).          [ ] CCP 416.60 (minor).
             [ ] CCP 416.20 (defunct corporation).   [ ] CCP 416.70 (conservatee).
             [ ] CCP 416.40 (association or partnership). [ ] CCP 416.90 (authorized person).
             [ ] CCP 415.46 (occupant).              [ ] other *(specify)*:
   e. [ ] by personal delivery on *(date)*:

22-01888CA

1

Mark Domeyer, SBN 135008
MCCALLA RAYMER LEIBERT PIERCE, LLP
2   301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
3   Phone: (562) 983-5375
Facsimile: (562) 983-5375

4

Attorneys for Plaintiff,
5   NIKHIL JINDAL

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

03/02/2022 at 10:35:53 AM
Clerk of the Superior Court
By Jose Hernandez,Deputy Clerk

6

7                SUPERIOR COURT OF THE STATE OF CALIFORNIA

8

9                      FOR THE COUNTY OF SAN DIEGO

10  NIKHIL JINDAL                    )   CASE NO.:    37-2022-00008112-CL-UD-CTL
                                     )
11              Plaintiff,           )
                                     )   COMPLAINT FOR UNLAWFUL
12                                   )   DETAINER FOLLOWING FORECLOSURE
       vs.                           )   SALE [CALIFORNIA CODE OF CIVIL
13                                   )   PROCEDURE § 1161a]
                                     )
14  ISMAEL  RODRIGUEZ and DOES 1 through )
    20, Inclusive,                   )   Limited Civil Case
15                                   )
                                     )
16              Defendants.          )   Amount Not Exceeding $10,000.00
                                     )
17                                   )
                                     )
18  _____     )

19     Plaintiff, for its complaint hereby alleges the following:

20     1.   Plaintiff NIKHIL JINDAL ("Plaintiff"), is the owner of record and entitled to

21  possession of the real property located at 1943 CAMINITO DE LA CRUZ #78, CHUL

22  A VISTA, CALIFORNIA 91913 ("Property"). The Property is located in the above-refere

23  Judicial District and County.                                          nced

24     2.   Plaintiff is an entity lawfully conducting business in California.

25     3.   Defendants  ISMAEL  RODRIGUEZ  and  ALL  UNKNOWN  OCCUPANTS

26  (collectively "Defendants") at all times herein mentioned resided in the State of California,

27  County of SAN DIEGO.

28     4.   Defendants, and each of them, are currently in possession of and occupying the above-

-2-
COMPLAINT FOR UNLAWFUL DETAINER

22-01888CA

1    described premises.

2        5.    Defendants are the former trustors or holdover occupants of the former trustors.

3        6.    The true names and capacities, whether individual, corporate, associate or otherwise, of

4    the defendants named herein as Does 1-20, and each of them, are unknown to Plaintiff, who

5    therefore sues said defendants by their fictitious names, pursuant to Code of Civil Procedure §

6    474. Plaintiff will ask leave of the Court to amend its Complaint to include the true names and

7    capacities of said defendants when the identities have been ascertained.

8        7.    Plaintiff is the owner of and entitled to immediate possession of the Property which is

9    located at 1943 CAMINITO DE LA CRUZ #78, CHULA VISTA, CALIFORNIA 91913, and

10   located within San Diego County and the jurisdictional boundaries of this Court.

11       8.    Plaintiff purchased the property from Wells Fargo Bank. Wells Fargo Bank obtained

12   title to said land by virtue of a foreclosure sale duly help pursuant to the power of sale under

13   the Deed of Trust executed by Defendants or their predecessors.

14       9.    Defendants or their predecessors defaulted under the terms of the subject Deed of Trust

15   and underlying note, which was secured by the Property. Thereafter a Notice of Default and

16   Breach of Conditions of the Deed of Trust and Election to Sell the Property, in an effort to

17   satisfy the obligations thereby secured, was recorded in the Official Records of the County

18   Recorder of San Diego County, California.

19       10.  After failure of Defendants or their predecessors to cure the default, a Trustee's Sale of

20   the Property was duly noticed as required under California Civil Code § 2924 *et. seq.*

21       11.  At the time and place duly noticed for Trustee's Sale, the Property was sold to Wells

22   Fargo. Wells Fargo in turn sold the subject property to Plaintiff. The Trustee's Deed Upon Sale

23   was recorded in the San Diego Count Recorder's Office, thus duly perfecting Wells Fargo's

24   title to the Property. A true and correct recorded copy of the Trustee's Deed Upon Sale is

25   attached and incorporated hereto as **Exhibit A**.

26       12.  On or about February 15, 2022, Wells Fargo sold the subject property to Plaintiff. A

27   Grant Deed was recorded in the San Diego Count Recorder's Office, thus duly perfecting

28   Plaintiff's title to the Property. A true and correct recorded copy of the Grant Deed is attached

22-01888CA

1 │ and incorporated hereto as **Exhibit "B"**

2 │    13.  On February 23, 2022, Defendants were served with a written notice requiring them and

3 │ "All Persons in Possession" of the Property to quit and deliver up possession of the Property. A

4 │ true and correct copy of said Notice to Vacate is attached and incorporated hereto as **Exhibit B**.

5 │ A true and correct copy of the Proof of Service of Notice to Vacate is attached hereto as

6 │ **Exhibit C**.

7 │    14.  Defendants have failed and refused to deliver possession of the Property after expiration

8 │ of the Notice to Vacate, as required by California Code of Civil Procedure § 1161a.

9 │    15.  The Notice to Vacate expired on February 27, 2022, and as of the date of this

10 │ Complaint, defendants retain possession of the Property without Plaintiff's permission or

11 │ consent.

12 │    16.  The reasonable value of the use and occupancy of the Property is equal to an amount

13 │ according to proof at trial.  Damage to the Plaintiff caused by Defendants' unlawful detention

14 │ of the Property has accrued at such rate since February 27, 2022, and will continue to accrue

15 │ until the date of entry of judgment in the above-captioned action.

16 │    **WHEREFORE**, Plaintiff respectfully requests judgment against Defendants, and each of

17 │ them, as follows:

18 │    1.  Restitution and immediate possession of the Property;

19 │    2.  An order restoring possession of the Property to Plaintiff;

20 │    3.  Damages in an amount to be determined, according to proof at trial, at a daily rate from

21 │ February 27, 2022 until the date that Judgment;

22 │    4.  For costs of suit herein; and

23 │    5.  For such other and further relief as the Court deems necessary and proper.

24 │ Dated:  March 1, 2022            **McCalla Raymer Leibert Pierce, LLP**

25 │

26 │                     By: _____

27 │                         Mark Domeyer
                        Attorneys for Plaintiff, Nikhil Jindal

28 │

**COMPLAINT FOR UNLAWFUL DETAINER**

22-01888CA

## VERIFICATION

I am an attorney duly licensed to practice in the State of California and am a member of the law firm of McCalla Raymer Leibert Pierce, LLP ("MRLP"), counsel for Plaintiff Nikhil Jindal. ("Plaintiff") was unable to make this verification because it is absent from Los Angeles County where my office is located. For that reason, I make this verification for and on behalf of Plaintiff. I have read the foregoing Complaint for Unlawful Detainer and know its contents. I am informed and believe, and on that ground allege that the matters stated therein are true.

Executed this 1st day of March 2022, at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Mark Domeyer

COMPLAINT FOR UNLAWFUL DETAINER

22-01888CA

**EXHIBIT "  A  "**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

**DOC# 2018-0054242**

Feb 09, 2018  04:14 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $95.00  (SB2 Atkins: $75.00)
PCOR: N/A
PAGES: 3

**RECORDING REQUESTED BY:**

**AND WHEN RECORDED TO:**
Wells Fargo Bank, N. A.
3476 Stateview Boulevard, Fort Mill, SC 29715

Forward Tax Statements to
the address given above

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 9551-3756                     TSG Order #: 130006925

## TRUSTEE'S DEED UPON SALE

A.P.N.: 643-052-28-14              Transfer Tax: **$0.00**

The Grantee Herein **was** the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was **356,411.24**
The Amount Paid by the Grantee was **356,411.24**
Said Property is in the City of **CHULA VISTA**, County of **San Diego**

**NBS Default Services, LLC**, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEYS** without covenant or warranty, express or implied, to: **Wells Fargo Bank, N.A.** (herein called Grantee) but without covenant or warranty, expressed or implied, to the property situated in the county of **San Diego**, State of California, described as follows:

PARCEL 1: AN UNDIVIDED 1/24TH FEE SIMPLE INTEREST AS A TENANT IN COMMON IN AND TO THE COMMON AREA OF THE PHASE 4 RESIDENTIAL MODULE OF LOT 7 OF CHULA VISTA TRACT NO. 02-03, MCMILLAN OTAY RANCH VILLAGE 6 "A" MAP, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14432 ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON AUGUST 30, 2002, OF OFFICIAL RECORDS, AS SHOWN ON THE CONDOMINIUM PLAN FOR TREVIANA AT LOMAS VERDES, PHASE 4 RECORDED JANUARY 29, 2004 AS INSTRUMENT NO. 2004-0070018 AND RE-RECORDED FEBRUARY 27, 2004 AS INSTRUMENT NO. 2004-0159295; JULY 7, 2004 AS INSTRUMENT NO. 2004-0360373; JANUARY 7, 2005 AS INSTRUMENT NO. 2005-0018863 ALL OF OFFICIAL RECORDS. ("CONDOMINIUM PLAN"), RESERVING THEREFROM, NON-EXCLUSIVE AND CERTAIN EXCLUSIVE EASEMENTS FOR THE PURPOSES DESCRIBED IN THE CONDOMINIUM PLAN AND THE DECLARATION REFERENCED BELOW, INCLUDING

## MAIL TAX STATEMENTS TO:  THE ABOVE MENTIONED ADDRESS

TDUS                                    1                                    2146955606

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

EASEMENTS FOR ACCESS, ENCROACHMENTS, MAINTENANCE, SUPPORT, REPAIR AND OTHER PURPOSES DESCRIBED IN THE DECLARATION.

PARCEL 2: RESIDENTIAL UNIT NO. 78, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN. RESERVING THEREFROM NON-EXCLUSIVE EASEMENTS FOR MAINTENANCE, ENCROACHMENT, SUPPORT, REPAIR, DRAINAGE AND ALL OTHER PURPOSES AS DESCRIBED IN THE DECLARATION REFERRED TO BELOW.

PARCEL 3: A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR INGRESS, EGRESS, USE AND ENJOYMENT, OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY SHOWN ON THE CONDOMINIUM PLAN AND OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY DESCRIBED IN THE DECLARATION, WHICH EASEMENTS ARE APPURTENANT TO PARCELS 1 AND 2 DESCRIBED ABOVE, SUBJECT TO THE PROVISIONS OF THE DECLARATION. THIS EASEMENT SHALL BECOME EFFECTIVE AS TO EACH OF SAID OTHER PHASES, RESPECTIVELY, UPON (I) RECORDATION OF A SUPPLEMENTARY DECLARATION OF ANNEXATION, DECLARING SUCH PHASES, RESPECTIVELY, TO BE SUBJECT TO THE DECLARATION, AND (II) CONVEYANCE OF THE FIRST CONDOMINIUM IN EACH RESPECTIVE PHASE, ALL AS MORE FULLY SET FORTH IN THE DECLARATION. THE ASSOCIATION PROPERTY REFERRED TO HEREIN AS TO EACH OF SUCH PHASES SHALL BE AS SHOWN AND DESCRIBED ON THE CONDOMINIUM PLAN COVERING EACH SUCH PHASE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA, THIS NON-EXCLUSIVE EASEMENT IS FURTHER SUBJECT TO ANY EXCLUSIVE OR NON-EXCLUSIVE EASEMENTS RESERVED IN THE DECLARATION, THE CONDOMINIUM PLAN, AND THIS GRAND DEED.

PARCEL 4: AN EXCLUSIVE USE EASEMENT OVER THE PORTION OF THE COMMON AREA AND/OR ASSOCIATION PROPERTY (ALL AS DEFINED IN THE DECLARATION AND AS SHOWN IN THE CONDOMINIUM PLAN) DESIGNATED AS BEING APPURTENANT TO THE RESIDENTIAL UNIT IN THE CONDOMINIUM PLAN, WHICH AREAS MAY INCLUDE AN EXCLUSIVE USE BALCONY AREA OR AN EXCLUSIVE USE COURTYARD AREA (ALL AS DEFINED IN THE DECLARATION AND AS SHOWN IN THE CONDOMINIUM PLAN).

PARCEL 5: NON-EXCLUSIVE APPURTENANT EASEMENTS IN AND TO THE ASSOCIATION PROPERTY WITHIN THE PHASE IN WHICH THE RESIDENTIAL UNIT IS SITUATED FOR USE OF THE ASSOCIATION PROPERTY PURSUANT TO THE TERMS OF THE DECLARATION, AND NON-EXCLUSIVE APPURTENANT EASEMENTS IN AND TO THE COMMON AREA WITHIN THE PHASE IN WHICH THE RESIDENTIAL UNIT IS SITUATED, SUBJECT TO ANY EXCLUSIVE USE COMMON AREAS AND ANY OTHER RESERVATIONS SET FORTH IN THE DECLARATION. AS USED IN THIS DEED, REFERENCES TO "ASSOCIATION PROPERTY", "RESIDENTIAL UNIT", "PHASE", "EXCLUSIVE USE COMMON AREAS" AND ANY OTHER DEFINED TERMS SHALL HAVE THE MEANINGS AS SET FORTH IN THE DECLARATION AND THE CONDOMINIUM PLAN.

This deed is made pursuant to the powers, including the power of sale conferred upon Trustee (or to Successor Trustee) by the Deed of Trust dated **06/27/2005** made to **ISMAEL RODRIGUEZ, AN UNMARRIED MAN**, and recorded on **06/28/2005**, in the office of the County Recorder of **San Diego** County, California, as **Document No.: 2005-0544442, Page No.: 22911**, Trustee (or Successor Trustee) having complied with all applicable statutory provisions and having performed all of his duties under the said Deed of Trust.

TDUS                                    2                                    2146955606

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

All requirements per law and of said Deed of Trust relating to this sale to notice thereof having been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **02/08/2018**, Grantee, being the highest bidder at said sale became the purchaser of said property for the bid amount, being **$356,411.24,** in lawful money of the United States, in proper, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

Date: **February 8, 2018**          **NBS Default Services, LLC**

By: _____

**Gaby Osping**
**Trustee Sale Officer**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On **FEB 0 8 2018** before me, _____**Heidi Montalvo**_____, a Notary Public, personally appeared, Gaby Ospino, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

> **HEIDI MONTALVO**
> Notary Public – California
> Los Angeles County
> Commission # 2211388
> My Comm. Expires Aug 25, 2021

'This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title'

TDUS                                    3                                    2146955606

**EXHIBIT "__B__"**

DOC# **2022-0077108**

Feb 18, 2022  02:08 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $457.50  (SB2 Atkins: $0.00)
PCOR: YES
PAGES: 4

Recording requested by:
**Orange Coast Title Company**

and when recorded, please return this deed
and tax statements to:
**Nikhil Jindal**
**517 S Melrose St**
**Anaheim, CA  92805**

---

Escrow No.: 1946347A-WFR                                      For recorder's use only

## GRANT DEED
### (California)

For a valuable consideration, receipt of which is hereby acknowledged, the Grantor, **Wells Fargo Bank, N.A.**, a National Association organized under the laws of the United States, hereby grants to the Grantee(s), **Nikhil Jindal, A Married Man as His Sole and Separate Property**, whose tax mailing address is **517 S Melrose St, Anaheim, CA 92805**, the following real property in the City of **Chula Vista**, County of **San Diego**, State of California:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**
Parcel No.: **643-052-28-14**

Property Address is: **1943 Caminito De La Cruz #78, Chula Vista, CA  91913**

The undersigned Grantor declares:

The documentary transfer tax is $ **434.50**

and for City is $ **0.00**

Exempt from the fee per GC 27388.1 (a);
This document is subject to Documentary
Transfer Tax

and is computed on the full value of the interest in the property conveyed

*city of chula vista*
*county of san Diego*

237-CA-V5                  1943 CAMINITO DE LA CRUZ #78

For title reference see prior Deed dated **02/08/2018** and recorded on **02/09/2018** with the **San Diego County Recorder's Office** in Instrument Number **2018-0054242**.

The said Grantor has caused this deed to be executed on ~~15 Feb.~~ , 2022.

**Wells Fargo Bank, N.A.**

By: _~~Lindsay White~~_

Name: ___Lindsay White___
     Vice President Loan Documentation

Its: _____

Date: ___2-15-22___

State of **Iowa**

County **Dallas**

On this ~~15th~~ day of ~~February~~ , A.D., **2022**, before me, a Notary Public in and for said county, personally appeared ~~Lindsay White~~ , to me personally known, who being by me duly sworn (or affirmed) did say that that person is Vice President Loan Documentation (title) of said **Wells Fargo Bank, N.A.**, by authority of its board of (directors or trustees) and the said (officer's name) ~~Lindsay White~~ acknowledged the execution of said instrument to be the voluntary act and deed of said (corporation or association) by it voluntarily executed.

~~China Lem~~ (Signature)
**Notary Public**

> **CHINA LEM**
> Commission Number 766656
> My Commission Expires
> February 10, 2023

237-CA-V5                    1943 CAMINITO DE LA CRUZ #78

**EXHIBIT "A"**

A CONDOMINIUM COMPRISED OF:

PARCEL 1: AN UNDIVIDED 1/24TH FEE SIMPLE INTEREST AS A TENANT IN COMMON IN AND TO THE COMMON AREA OF THE PHASE 4 RESIDENTIAL MODULE OF LOT 7 OF CHULA VISTA TRACT NO. 02-03, MCMILLAN OTAY RANCH VILLAGE 6 "A" MAP, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 14432 ON FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON AUGUST 30, 2002, OF OFFICIAL RECORDS, AS SHOWN ON THE CONDOMINIUM PLAN FOR TREVIANA AT LOMAS VERDES, PHASE 4 RECORDED JANUARY 29, 2004 AS INSTRUMENT NO. 2004-0070018 AND RE-RECORDED FEBRUARY 27, 2004 AS INSTRUMENT NO. 2004 0159295; JULY 7, 2004 AS INSTRUMENT NO. 2004-0360373; JANUARY 7, 2005 AS INSTRUMENT NO. 2005-0018863 ALL OF OFFICIAL RECORDS.

PARCEL 2: RESIDENTIAL UNIT NO. 78, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN.

PARCEL 3: A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR INGRESS, EGRESS, USE AND ENJOYMENT, OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY SHOWN ON THE CONDOMINIUM PLAN AND OVER, IN, TO AND THROUGHOUT THE ASSOCIATION PROPERTY OF THE OTHER PHASES OF THE PROPERTY DESCRIBED IN THE DECLARATION, WHICH EASEMENTS ARE APPURTENANT TO PARCELS 1 AND 2 DESCRIBED ABOVE, SUBJECT TO THE PROVISIONS OF THE DECLARATION. THIS EASEMENT SHALL BECOME EFFECTIVE AS TO EACH OF SAID OTHER PHASES, RESPECTIVELY, UPON (I) RECORDATION OF A SUPPLEMENTARY DECLARATION OF ANNEXATION, DECLARING SUCH PHASES, RESPECTIVELY, TO BE SUBJECT TO THE DECLARATION, AND (II) CONVEYANCE OF THE FIRST CONDOMINIUM IN EACH RESPECTIVE PHASE, ALL AS MORE FULLY SET FORTH IN THE DECLARATION. THE ASSOCIATION PROPERTY REFERRED TO HEREIN AS TO EACH OF SUCH PHASES SHALL BE AS SHOWN AND DESCRIBED ON THE CONDOMINIUM PLAN COVERING EACH SUCH PHASE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, CALIFORNIA, THIS NON-EXCLUSIVE EASEMENT IS FURTHER SUBJECT TO ANY EXCLUSIVE OR NON EXCLUSIVE EASEMENTS RESERVED IN THE DECLARATION, THE CONDOMINIUM PLAN, AND THIS GRANT DEED.

PARCEL 4: AN EXCLUSIVE USE EASEMENT OVER THE PORTION OF THE COMMON AREA AND/OR ASSOCIATION PROPERTY (ALL AS DEFINED IN THE DECLARATION AND AS SHOWN IN THE CONDOMINIUM PLAN) DESIGNATED AS BEING APPURTENANT TO THE RESIDENTIAL UNIT IN THE CONDOMINIUM PLAN, WHICH AREAS MAY INCLUDE AN EXCLUSIVE USE BALCONY AREA OR AN EXCLUSIVE USE COURTYARD AREA (ALL AS DEFINED IN THE DECLARATION AND AS SHOWN IN THE CONDOMINIUM PLAN).

PARCEL 5: NON-EXCLUSIVE APPURTENANT EASEMENTS IN AND TO THE ASSOCIATION PROPERTY WITHIN THE PHASE IN WHICH THE RESIDENTIAL UNIT IS SITUATED FOR USE OF THE ASSOCIATION PROPERTY PURSUANT TO THE

TERMS OF THE DECLARATION, AND NON-EXCLUSIVE APPURTENANT EASEMENTS IN AND TO THE COMMON AREA WITHIN THE PHASE IN WHICH THE RESIDENTIAL UNIT IS SITUATED, SUBJECT TO ANY EXCLUSIVE USE COMMON AREAS AND ANY OTHER RESERVATIONS SET FORTH IN THE DECLARATION. AS USED IN THIS DEED, REFERENCES TO "ASSOCIATION PROPERTY", "RESIDENTIAL UNIT", "PHASE", "EXCLUSIVE USE COMMON AREAS" AND ANY OTHER DEFINED TERMS SHALL HAVE THE MEANINGS AS SET FORTH IN THE DECLARATION AND THE CONDOMINIUM PLAN..

ASSESSOR'S PARCEL NUMBER(S): 643-052-28-14

**EXHIBIT "** <u>  C  </u> **"**

**NOTICE TO ANY RENTERS LIVING AT**:
1943 Caminito De La Cruz, #78, Chula Vista, CA 91913
The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer <u>NOW</u> to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. Your may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact your former landlord after being notified that property belonging to you was left behind after you moved out.

<u>**How to Get Legal Help**</u>

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

## NOTICE TO VACATE PREMISES LOCATED AT:

## 1943 Caminito De La Cruz, #78, Chula Vista, CA 91913

**TO:**

**ISMAEL RODRIGUEZ AND  AND  ALL PERSONS  IN POSSESSION  OF AND WHO OCCUPY THE REAL PROPERTY AT THE ABOVE ADDRESS:**

**THIS IS THE FIRST STEP IN A LAWSUIT AGAINST YOU. THE FAILURE TO VACATE THE PREMISES AS SPECIFIED BELOW WILL RESULT IN A LAWSUIT BEING FILED AGAINST YOU. A COURT JUDGMENT AGAINST YOU WILL BE RECORDED WITH NATIONAL CREDIT REPORTING AGENCIES.**

**YOU ARE HEREBY NOTIFIED** that your right to occupy the real property at the above address has been terminated as the result of foreclosure sale of the real property by the trustee under a power of sale contained in a Deed of Trust which appeared of record against the subject property.

## NOTICE

NOTICE IS HEREBY GIVEN THAT YOU ARE REQUIRED TO VACATE THE PREMISES AND DELIVER UP POSSESSION OF THE PREMISES TO THE UNDERSIGNED:

    (i)    Within **THREE (3) DAYS** after service of this Notice, in the event you are in possession of the premise and you are not a tenant or subtenant as described below; or

    (ii)    Within **NINETY (90) DAYS** after service of this Notice, in the event you are a tenant or subtenant in possession of the rental housing unit sold in foreclosure.

In the event you fail to quit and deliver up possession of the real property you occupy at the above address to the undersigned agent for the owner, within the relevant Notice Period specified above, you will be deemed to be unlawfully detaining the premises, which will result in the commencement of court proceedings against you, by the owner, to recover possession of the premises as well as court costs and the reasonable rental value of the premises for each day of your continued occupancy following expiration of the Notice Period set forth below.

If you claim to be the recipient of tenant based assistance governed by Section 8 of the United States Housing Act of 1937 (42 USC § 1437), commonly referred to as the "Section 8 Housing Program", then you may be entitled to additional time in the property. Please contact our office and be prepared to provide us with all necessary information regarding your participation in the Section 8 Housing Program. If this information is verified, you will be required to vacate the premises within 90 days of the service of this notice. Additionally, this document constitutes notice that this tenancy has been terminated for good cause pursuant to 24 CFR § 982.310(d)(1) and (e)(1). This good cause termination is based on the owner's business and economic interest in the

property and intent to sell.

This Notice is authorized pursuant to the provisions of *California Code of Civil Procedure* §§ 1161a, 1161b and 1161c and 12 U.S.C. § 5220.

Dated: February 22, 2022                    Nikhil Jindal

**MARK DOMEYER**
**McCalla Raymer Leibert Pierce, LLP**
301 E. Ocean Blvd. Suite 1720
Long Beach, CA 90802

Attorneys for Owner, Nikhil Jindal

To discuss this Notice, please contact the above at (562) 983-5375 between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

SUBJECT PROPERTY:

1943 Caminito De La Cruz, #78, Chula Vista, CA 91913

**DISCLAIMER: Under the Servicemembers Civil Relief Act, 50 U.S.C. App. §§ 501 *et seq.*, active duty military servicemembers may have additional rights and protections. Please notify our office immediately if you or any other occupants in the property are active duty military. You may also wish to contact a member of your Judge Advocate Corps.**

**EXHIBIT** " <u> D </u> "

**PROOF OF SERVICE**

I, the undersigned, declare that I served the Notice (s) below indicated:

- **NOTICE OF INTENT TO ENTER PREMISES**
- **NOTICE TO VACATE PREMISES**

The above described Notice(s) were served on the following named parties in the manner set forth below:

Person Served:  ISMAEL RODRIGUEZ

Re: 1943 CAMINITO DE LA CRUZ, #78, CHULA VISTA, CA 91913  (the "Premises")

_____ 1. PERSONAL SERVICE

By delivering a copy of the Notice (s) on _____ (date), at _____ (time) to each of the above personally.

__X__ 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice(s) as authorized by C.C.P Section 1162 (2,3) on each of the above named parties in the manner set forth below:

(A)     By leaving a copy for each of the above named parties on _____ at _____, with _____, a person of suitable age and discretion at the occupant's residence/business of the person to be served at _____. I informed him or her of the general nature of the paper(s); and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on at _____.

(B)     By posting a copy for each of the above named parties on **02/23/22** at **4:43 PM** in a conspicuous place on the property at **1943 CAMINITO DE LA CRUZ, #78, CHULA VISTA, CA 91913** and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on **02/23/22**.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2022

KEVIN HAVERLAND
(Reg. No.: 3305, San Diego County)
EXPRESS NETWORK
 P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

MCCRALV-0154153.CC

## PROOF OF SERVICE

**I, the undersigned, declare that I served the Notice (s) below indicated:**

- **NOTICE OF INTENT TO ENTER PREMISES**
- **NOTICE TO VACATE PREMISES**

The above described Notice(s) were served on the following named parties in the manner set forth below:

Person Served:  ANY AND ALL PERSONS IN POSSESSION OF AND WHO OCCUPY THE REAL PROPERTY

Re: 1943 CAMINITO DE LA CRUZ, #78, CHULA VISTA, CA 91913  (the "Premises")

_____ 1. PERSONAL SERVICE

> By delivering a copy of the Notice (s) on _____ (date), at _____ (time) to each of the above personally.

__X__ 2. CONSTRUCTIVE SERVICE

> After due and diligent effort, by service of said Notice(s) as authorized by C.C.P Section 1162 (2,3) on each of the above named parties in the manner set forth below:

(A)    By leaving a copy for each of the above named parties on _____ at _____, with _____, a person of suitable age and discretion at the occupant's residence/business of the person to be served at _____. I informed him or her of the general nature of the paper(s); and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on at _____.

(B)    By posting a copy for each of the above named parties on **02/23/22** at **4:43 PM** in a conspicuous place on the property at **1943 CAMINITO DE LA CRUZ, #78, CHULA VISTA, CA 91913** and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on **02/23/22**.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2022

KEVIN HAVERLAND
(Reg. No.: 3305, San Diego County)
EXPRESS NETWORK
 P.O. Box 861057
Los Angeles, California 90086
(213) 975-9850

MCCRALV-0154154.CC